IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARY BRAZIL**                                                                    **PLAINTIFF**

**V.**                             **CASE NO. 5:19CV00087 JM**

**ARKANSAS DEPARTMENT OF HUMAN
SERVICES and TIM TAYLOR, in his
Individual capacity**                                                            **DEFENDANTS**

**JUDGMENT**

Consistent with the Order entered on this day, this case is dismissed with prejudice. All relief sought is denied, and the case is closed.

Dated this 24th day of September, 2020.

_____
James M. Moody, Jr.
United States District Judge